**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA　　:　No. 144 MM 2023

　　　　　　　　v.

DAIQUAN MAURICE DICKERSON

PETITION OF: AARON N. HOLT, ESQUIRE　:

## ORDER

**PER CURIAM**

　　**AND NOW**, this 25th day of March, 2024, in consideration of the Motion to Withdraw as Counsel and the "Motion to Proceed *In Propria Persona,*" this matter is REMANDED to the Court of Common Pleas of York County to determine whether to allow counsel to withdraw, as well as any related questions, including whether to permit DaiQuan Maurice Dickerson to proceed *pro se*.

　　The Court of Common Pleas of York County is DIRECTED to enter its order on remand with 90 days and to promptly inform this Court of its determination.